IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRON NICOLAS TAYLOR,
  Plaintiff,
    v.

DANIELLE PHILYAW
Counselor, Clayton Transitional Center,
  Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2664-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending allowing the Plaintiff's retaliation claim to proceed. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 20 day of September, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge